IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ONE SOUTH BANK, | * |
| Plaintiff, | * |
| v. | Case No.  5:20-cv-00379-MTT |
| | * |
| HERMAN CURT TITSHAW, et al., | |
| | * |
| Defendants. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 21, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 21st day of March, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk